IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Sona Sue Staten,  :
:
      Plaintiff,  :
:  Case Number: 1:10cv864
vs.  :
:  Chief Judge Susan J. Dlott
Commissioner of Social Security,  :
:
      Defendant.  :

## JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that the Report and Recommendation of the Magistrate Judge (doc. 12) is ADOPTED. Accordingly, the decision of the Commissioner is AFFIRMED.  This case is TERMINATED from the docket of this Court.

1/4/12                                                                           JAMES BONINI, CLERK

                                                                                         S/William Miller
                                                                                          Deputy Clerk